E-FILED
Monday, 24 February, 2020  08:42:03 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED

FEB 2 4 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   20-MJ- 6030 |
| | ) |
| | ) |
| | ) |
| Collin Hale | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 18, 2020_____ in the county of _____Peoria_____ in the
_____Central_____ District of _____Illinois_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(3)(B) | using facilities of interstate commerce, that is an Apple Iphone with model number A1660, connected to the Internet, did knowingly solicit purported material that is an obscene visual depiction of a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Kurt Bendoraitis

_____
*Complainant's signature*

Kurt Bendoraitis, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone.                          s/Jonathan E. Hawley

Date:   _____02/24/2020_____

_____
*Judge's signature*

City and state:   _____Peoria, IL_____          Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since May 14, 2017. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, the production, advertisement, solicitation, distribution, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, arrests, and have conducted online chatting investigations in an undercover capacity. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to

believe that Colline Hale committed violations of Title 18, United States Code, Section 2252A(a)(3)(B).

## STATUTORY AND LEGAL AUTHORITY

3.      This investigation concerns violations of Title 18, United States Code, Section 2252A(a)(3)(B) relating to the soliciting of an obscene visual depiction of a minor. Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

    a.  18 U.S.C. 2252A(a)(3)(B) prohibits any person who knowingly advertises, promotes, presents, distributes, or solicits through the mails, or using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any material or purported material in a manner that reflects the belief, or that is intended to cause another to believe, that the material or purported material is, or contains

        i.  An obscene visual depiction of a minor engaging in a sexually explicit conduct; or

        ii. A visual depiction of an actual minor engaging in sexually explicit conduct;

    b.  The internet is a facility of interstate commerce.

    c.  18 U.S.C. 2256 (2)(B) defines sexually explicit conduct to include the graphic or simulated lascivious exhibition of the genitals or pubic area of any person.

## Definition of Terms

4.    The following terms used in this affidavit have the indicated meaning in this affidavit:

    a.  The term "minor" is defined at 18 U.S.C § 2256(1) as any person under the age of eighteen years.

    b.  The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as actual or simulated – (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or anal-oral, whether between person of the same or opposite sex; (ii) beastiality, (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

    c.  The term "computer" is defined as set forth in 18 U.S.C. § 1030(e)(1).

## Investigation

5.    In May 2019, David Aaron Drake, plead guilty to one count of Advertisement of Child Pornography, two counts of Sale of Child Pornography, and Two counts of Possession of Child Pornography. Drake stated during a proffer interview, he used Tumblr to find customers and would direct them to Drake's Wickr Account to sell links containing child pornography. Drake only used his Cash App for

selling child pornography. Drake stated he would charge between $10 and $50 for the links. Cash App is an application which allows the users to send money to other users. Tumblr is an online blog website. Wickr is an encrypted messaging application which allows users to be notified if a screenshot was taken of the conversation and the messages delete after a specified time ranging from seconds to five days.

6.      An FBI Administrative subpoena was sent to Drake's Cash App account. According to the records, user "Bo Smith" completed two transactions in September 2018. One of the transactions was for $20 and the other for $40. An FBI Administrative subpoena was then sent to Cash App for information pertaining to user "Bo Smith". The subscriber data for "Bo Smith" was Name: Bo Smith, Display Name (History): Collin Hale, email address mustangx21@yahoo.com, cashtag (history) stangx21, last four of social security number 5090, and address of 7111 Lancaster Road, Peoria, IL 61607.

7.      Open source research was conducted and discovered was a tumblr account with an email address mustangx21@yahoo.com and there was likely a tumblr account with displace name "stangx21". Online Covert Employee (OCE) went to the publicly viewable Tumblr page with display name "stangx21". The information for the page stated "Wickr: mustangx21". There was a post on the page stating "Reblog if you thing the yngr the better". Also found from reviewing open source databases, was a Collin Hale with a home address of 7111 Lancaster, Bartonville, IL, date of birth

December 5, 1979, and last four of social security number 5090. An identification (ID)

photograph was found for Collin Hale. Also a resident at 7111 Lancaster, was Sara Hale.

8.     The publicly viewable Facebook account for Sara Hale was viewed. Found

on the publicly viewable Facebook account were pictures of Sara with a man matching

the same person in the ID photograph of Collin Hale. There were also photographs of

what appeared to be Sara's two daughters approximately three to six years old.

9.     On February 11, 2020, OCE, utilizing screen name prvdad190869, sent a

message on the Wickr messaging application to user mustangx21 (SUBJECT) "Hey, saw

your tumblr and I definitely agree, the younger the better! [smiley face emoji with eyes

closed]"

10.    On February 12, 2020, SUBJECT replied. The following is an excerpt of the

conversation. It should be noted not all portions of the conversations are documented

here and at times the conversation was casual in nature but the majority of the

conversation was sexual.

SUBJECT: Awesome

SUBJECT: Down to chat

OCE: Sweet!

OCE: You more into b or g?

11.    On February 14, 2020 the conversation continued.

SUBJECT: b

SUBJECT: hbu

OCE: Me too!

OCE: I love like 6 to 8 that's my fave

SUBJECT: Nice

SUBJECT: That's a great a great range

SUBJECT: Any experience

OCE: Yea, my little nephew

OCE: Hbu?

SUBJECT: Hot

SUBJECT: Yeah a few. I got started young. Then I've had a few as an adult

OCE: Sweet!!!!!

OCE: You got any pics?

SUBJECT: I had a big collection but wiped it. I get freaked out when it gets big

SUBJECT: I'm rebuilding now

OCE: I know exactly what you mean

OCE: I try to only keep my favs

SUBJECT: Had a lot of awesome vids too

SUBJECT: Any of you an the neph? Or just random

SUBJECT: I'd be down to trade some stories too

OCE: I got some if my nephew

OCE: Hes so sexy

OCE: I would love to hear some stories too!

OCE: How did you get some youngs as an adult

SUBJECT: Mmm I bet

SUBJECT: I have kids so I get around them a fair bit

OCE: That's awesome!

OCE: Like your kids or their friends?

SUBJECT: Actually my friends kids

SUBJECT: Showered with my buddies 3 a few times. Turned into sucking and jerking

SUBJECT: 5 now

OCE: That's fucken hot!

SUBJECT: It was/is

SUBJECT: How olds the neph

OCE: Like 3 of them or once or 3yo

SUBJECT: 3 yo

SUBJECT: A few times

OCE: My nephs 8

SUBJECT: Nice

SUBJECT: This guy is almost 6 now

OCE: Amazing! Does your buddy know?

SUBJECT: No

SUBJECT: Kept it dl

SUBJECT: What all have you guys done

OCE: Well obviously lol

OCE: Sucking and licking


OCE: I've only talked to other guys that did rhat

OCE: I love that their tiny dicks you can get everything at once lol

SUBJECT: The second time we had him suck us both at the same time and we came all over his face

SUBJECT: Yup. Love it

SUBJECT: He was fairly hung for 5

SUBJECT: Used my cum to jerk off

SUBJECT: Having that 3s package in m mouth was amazing

SUBJECT: What's the craziest thing you've heard from guys on here

OCE: I heard two dads trading their 5 and 6yo sons with each other

12.     The following is an excerpt from the conversation on February 17, 2020:

OCE: Hows it going?

OCE: I get to babysit my nephew for a cpl hours this week!

February 18, 2020

SUBJECT: Nice

SUBJECT: Big plans?

SUBJECT: I'm thinking some 69 followed by a rim job.

OCE: I'm thinking def a 69

OCE: Maybe some finger to keep it stretching

SUBJECT: You should tongue that hole

SUBJECT: Get a pic of him on all fours with that little package hanging down

OCE: Haha you want me to take a pic for you?

SUBJECT: [devil emoji smiling]

SUBJECT: Lemme see what you're working with

OCE: I might be able to sneak you a pic of his dick for ya

OCE: What do I get out of it?

SUBJECT: What do you want

OCE: Good question lol

OCE: Too bad your probably not close to Bloomington il. I'd say we could try and swap boys one time

SUBJECT: You get me a pic and I'll get one next time I'm around mine

SUBJECT: Oh yeah?

SUBJECT: That'd bed hot af

OCE: Yea, I mean your stories are so fucken hot I would love to trade once

OCE: You got your own boy too?

SUBJECT: Yeah do you?

OCE: Just my nephew

OCE: But I get to babysit him a lot cause my bro and sister in law work a lot

SUBJECT: Ahh Cool

SUBJECT: Think he'd go for it

OCE: Yea he would

SUBJECT: He must really like it

OCE: He does

OCE: I'll talk to him to make sure though

SUBJECT: Maybe the 3 of us together?

OCE: That would be so hot!

OCE: You got a pic of your boy?

SUBJECT: Not on my phone

SUBJECT: But if you get a pic I'll get it for you

OCE: Cool

13.     The following is an excerpt of the conversation from February 18, 2020:

OCE: I'm am here and my bro just left so it's just me and Hayden lol

SUBJECT: Nice

SUBJECT: Action ?

SUBJECT: Does he wanna show off?

OCE: [screenshot alert from Wickr stating OCE took a screenshot of the conversation]

OCE: My bad!!!!!

OCE: I didn't mean to take that

OCE: I was getting too excited and my hand slipped while trying to closes out

SUBJECT: Lol no big deal

SUBJECT: I was like wtf

SUBJECT: So what are you guys doing

OCE: Lol yea I dont know what happened

OCE: Yea I'm gonna start with him in a few mins. Want to make sure my bro doesnt

come back lol

SUBJECT: Oh fur sure

OCE: Dont want to be interrupted lol

SUBJECT: Haha nope

SUBJECT: Unless he's wants to join

OCE: He might be willing to show [smiling emoji with eyes closed]

SUBJECT: Awesome!

OCE: Haha that would be soooo fucken hot!!!!!

OCE: What you wann see?

SUBJECT: Cock?

OCE: I'll try for ya

SUBJECT: Maybe get one with both your cocks

SUBJECT: He might think that was fun

OCE: Haha I'll try but in the mean time heres a teaser lol

OCE: [image of purported minor's face (Not an actual minor)]

SUBJECT: Cute

OCE: That's Hayden

OCE: Alright I gotta let you go for a few. Need to go have some fun with him

SUBJECT: Nice man. Enjoy

OCE: I am already lol. Hmu later I'll tell you bout it

SUBJECT: Snap a pic of him sucking you

SUBJECT: How was it

SUBJECT: I'm hard just thinking about it

  14.  The following is an excerpt of the conversation on February 21, 2020:

SUBJECT: When you getting some action next ?

OCE: Probably this weekend

OCE: Most likely Sunday

OCE: How bout you?

SUBJECT: Tonight

SUBJECT: [Devil emoji]

OCE: Damn!!!!!! Your buddy's kid?

SUBJECT: Yup

SUBJECT: They're going out

OCE: That's so fucken hot!

SUBJECT: It will be

OCE: Are you babysitting him?

SUBJECT: Yea

OCE: Noce!

OCE: He come to your place?

SUBJECT: Yep

OCE: Sweet!!!!!!

OCE: You got any old pics of him?

SUBJECT: I don't. I can try and crop him out of a group pic

OCE: That would be sweet to see him

     15.     On February 21, 2020, the conversation continued between SUBJECT and

OCE. The conversation was focused on trading, for the purposes of sex, SUBJECT's

minor boy and OCE's nephew, Hayden. SUBJECT stated the boy was being dropped off at 7:00PM and SUBJECT would talk with the boy about having sexual intercourse with Hayden and OCE. OCE was also supposed to have talked with Hayden to ensure Hayden was also okay with having sexual intercourse with SUBJECT and the minor boy.

16.     Tumblr provided subscriber information pertaining to an account associated with email address mustangx21@yahoo.com in response to an FBI administrative subpoena. The username was stangx21, verified email address mustangx21@yahoo.com, account was active, the account was created on December 23, 2014, and last login was on February 14, 2020 at 2:35PM CST with IP address 73.45.230.104

17.     Comcast provided the subscriber for IP address 73.45.230.104 used on February 14, 2020 between 12:00PM and 9:00PM pursuant to an emergency disclosure request. The subscriber was Sara Hale and also had the name Sara Faber and the subscriber address was 7111 Lancaster, Bartonville, IL.

18.     Two FBI Special Agents went to Collin Hale's residence located at 7111 Lancaster, Bartonville, IL at approximately 6:50PM. The two FBI Special Agents asked Hale if he had time to speak with Agents and Hale consented to an interview. Hale was told by Agents he was not under arrest. Hale then provided the following information: Hale was not sure if he ever seen child pornography. Hale provided his address was 7111 Lancaster, Bartonville, IL, date of birth December 5, 1979, and social security

number 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. His home's internet service provider was Comcast. Hale

remembered talking to a man online who was abusing his nephew but did not think it

was real. Hale thought the user name of the man was "PRV nineteen sixty something".

Hale stated he would be able to look at his mobile phone to give Agents more

information about the man but did not want Agents to take his mobile phone. Hale told

Agents he would give them more information, but Agents would need to go out to their

car and Hale would bring the information out to them. Hale then stated he wanted to

speak to an Attorney before he answered anymore questions.

19.     Once Hale stated he wanted to speak to an Attorney, Agents concluded

the interview and told Hale there was probable cause to arrest him. Agents then placed

Hale into custody.

20.     Once Hale was placed into an FBI vehicle for transport to Peoria County

Jail, Hale was asked where his mobile phone was. Hale stated it was in the basement in

the cabinet drawer. Agents then secured the mobile Apple Iphone with model number

A1660.

## Conclusion

21.     Based on the foregoing, I submit that there is probable cause to believe

that on or about February 18, 2020 the **SUBJECT** using a facility and means of interstate

commerce, an Apple Iphone with model number A1660, to access the Internet,

knowingly solicited an obscene visual depiction of a minor in violation of 18 U.S.C.

Section 2252A(a)(3)(B).

FURTHER AFFIANT SAYETH NOT.
s/Kurt Bendoraitis


Kurt Bendoraitis, FBI Special Agent


Attested to by the application in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 24th day of February 2020.
s/Jonathan E. Hawley


JONATHAN HAWLEY, Magistrate Judge

United States District Court